Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01197-CR

____________

 

RALPH MYERS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the 177th District Court

 Harris County, Texas

Trial Court Cause No. 1270569



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court
has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices
Seymore, Boyce, and Christopher.

Do Not Publish C Tex. R. App. P. 47.2(b)